## Alabama Mineral R. R. Co. *v.* Jones, Admrx.

APPEAL from the Circuit Court of Shelby.
Tried before the Hon. JOHN PELHAM.

THOS. G. & CHAS. P. JONES, for appellant.

BROWNE & LEEPER, for appellee.

This action was brought by Mary A. Jones, as administratrix of the estate of John Jones, deceased, against the Alabama Mineral Railroad Company, to recover damages for the alleged negligent killing of the plaintiff's intestate.

From a judgment in favor of the plaintiff, assessing her damages at $2,000, the defendant prosecutes the present appeal. This is the fourth appeal in this case. The evidence on the trial, from which the present appeal is prosecuted, was substantially the same as upon the former trial.

The judgment is affirmed upon the authority of *Jones v. Ala. Min. R. R. Co.,* 107 Ala. 400; *Ala. Min. R. R. Co. v. Jones,* 114 Ala. 519; *Ala. Min. R. R. Co. v. Jones,* 121 Ala. 113.

Opinion by MCCLELLAN, C. J.